1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NATASHA MARIE RASMUSSEN,                No.  2:23–cv–02201–AC

12                  Plaintiff,               ORDER GRANTING IFP AND
                                             DIRECTING E-SERVICE
13          v.

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                    Defendant.
16

17

18          Pending before the court is plaintiff's motion for leave to proceed in forma pauperis.  See

19   28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or

20   security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted the

21   required affidavit, which demonstrates an inability to prepay fees and costs or give security for

22   them.  Accordingly, IT IS HEREBY ORDERED that:

23          1.      Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

24          2.      The Clerk of Court is directed to issue a summons for this case;

25          3.      In keeping with the court's e-service procedure for Social Security cases,[2] service

26

27   [1]  Actions involving review of Social Security decisions are referred to a magistrate judge
     pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).
28   [2]  http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-
     effective-after-june-15-2021/

1    on the defendant Commissioner of Social Security Administration shall proceed

2    under the court's E-Service program as follows.  Once a summons is issued, the

3    Clerk of Court shall deliver to the Commissioner of Social Security

4    Administration and the United States Attorney's Office at their designated email

5    addresses a notice of electronic filing of the action along with the summons and

6    complaint.  The Commissioner has agreed not to raise a defense of insufficient

7    service of process if provided with notice of a complaint as detailed in this order.

8    This order is not intended to prevent parties from making any other motions that

9    are appropriate under the Federal Rules of Civil Procedure; and

10    4.    The Clerk of Court is DIRECTED to issue a scheduling order in this case.

11    IT IS SO ORDERED.

12    DATED: October 10, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2